## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

OTTER PRODUCTS, LLC,

                        Plaintiff,                                22 **CIVIL** 7077(CS)(AEK)

      -against-                                      **<u>JUDGMENT</u>**

COREY HARGROVE and JOHN DOES 1-5,

                        Defendants.

---------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 19, 2024, the R&R is adopted as the decision of the Court. A final judgment and injunction shall be entered as follows: Plaintiff is awarded statutory damages and costs against Defendant Hargrove in the total amount of $875,564.56, plus post-judgment interest in accordance with 28 U.S.C. § 2261. Defendant Hargrove, and his employees, agents, servants, successors, and assigns, and all those acting in concert or participation therewith, are hereby permanently enjoined from: a) using any counterfeit or infringement of the Plaintiff's Registered Trademarks to identify any goods not authorized by Plaintiff; b) counterfeiting or infringing the Plaintiff's Registered Trademarks by importing, manufacturing, distributing, selling, offering for sale, advertising, promoting, displaying any products bearing any simulation, reproduction, counterfeit, or copy of the Plaintiff's Registered Trademarks; c) using any simulation, reproduction, counterfeit, or copy of the Plaintiff's Registered Trademarks in connection with the importation, promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation, or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff,

or to any goods sold, manufactured, sponsored or approved by, or connected with Plaintiff; d) making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any services provided, products manufactured, distributed, sold or offered for sale, or rented by Defendant are in any way associated or connected with Plaintiff; e) engaging in any other conduct constituting an infringement of the Plaintiff's Registered Trademarks, of Plaintiff's rights in, or to use or to exploit, said trademark, or constituting any weakening of Plaintiff's names, reputations, and goodwill. The claims against the John Doe Defendants are dismissed on consent. Accordingly, the case is closed.

**Dated:**  New York, New York

      August 20, 2024

 

**DANIEL ORTIZ**
**Acting Clerk of Court**

**BY:** _____
          **Deputy Clerk**